IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MARVIN STEINBERG                                        PETITIONER

V.                  NO: 2:05CV00158 GH/JFF

LINDA SANDERS, Warden,
FCI Forrest City, Arkansas                             RESPONDENT

### **JUDGMENT**

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted and that the Respondent is directed to (a) consider, within twenty days and in good faith, transferring Petitioner to a CCC for the last six months of his sentence in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 Policy; and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months. It is further Considered, Ordered, and Adjudged that the Respondent's motion to dismiss is denied.

IT IS SO ADJUDGED this 15th day of September, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE